## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**CHARLES CAFFERY GODEAUX**          **CIVIL ACTION NO. 19-1404**

                                      **SECTION P**

**VS.**

                                      **JUDGE TERRY A. DOUGHTY**

**RICHARD A. SMITH, ET AL.**          **MAG. JUDGE KAREN L. HAYES**

### JUDGMENT

The Report and Recommendation [Doc. No. 8] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Charles Caffery Godeaux's Complaint [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 18th day of January, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE